OPINION — AG — AN ASSISTANT DISTRICT ATTORNEY IS NOT ELIGIBLE TO HOLD THE OFFICES OF CITY ATTORNEY AND ASSISTANT DISTRICT ATTORNEY AND BE PAID FOR BOTH POSITIONS FOR A CITY ATTORNEY BY ACCEPTING APPOINTMENT TO THE OFFICE OF ASSISTANT DISTRICT ATTORNEY, IPSO FACTO VACATES THE FORMER OFFICE UNDER THE RULE ANNOUNCED IN GIBSON V. CROWDER, 196 OKL. 406, 165 P.2d 628 (DUAL OFFICE HOLDING) CITE: 11 O.S. 1961 541 [11-541], 51 O.S. 1941 6 [51-6], 11 O.S. 1961 804 [11-804], 37 O.S. 1961 569 [37-569], 34 O.S. 1961 51 [34-51] [34-51], 11 O.S. 1961 958.8 [11-958.8], 47 O.S. 1961 106 [47-106] [47-106], 11 O.S. 1961 962.20 [11-962.20], 11 O.S. 1961 632 [11-632] [11-632], 11 O.S. 1961 557.1 [11-557.1], 51 O.S. 1961 6 [51-6] [51-6] (W. J. MONROE) ** SEE OPINION NO. 91-509 (1990) ** SEE: OPINION NO. 70-299 (1970) **